UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

ALFRED C. SCHUMACHER,                    CIVIL ACTION

     Plaintiff                          NO. 3:02CV01875 (AHN)

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION,

     Defendants                         NOVEMBER 4, 2003

_____X

## PLAINTIFF'S RESPONSE TO DEFENDANT CONSOLIDATED RAIL CORPORATION'S FIRST SET OF INTERROGATORIES TO THE PLAINTIFF

**INTERROGATORY NO.1:**

State your full name as it appears on your birth certificate.

**RESPONSE NO. 1:**

Alfred Charles Schumacher.

**INTERROGATORY NO. 2:**

State the following personal information:
- (a)    Date and place of birth;
- (b)    Current address;
- (c)    Height;
- (d)    Weight;
- (e)    Social Security number; and
- (f)    Driver's license number, the state which issued the driver's license, and the expiration date.

**RESPONSE NO.2:**

a. 6/26/1942, Queens, NY
b. 63 Mennella Rd., Poughquag, NY 12570
c. 5'9" tall
d. 215 lbs
e. 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
f. 282 347 428 NYS 6/26/10

**INTERROGATORY NO.3:**

List all schools which you have attended, the dates of attendance, and any certificate or

degrees awarded by the school.

**RESPONSE NO.3:**

St. Benedicts School, Bronx, NY 1948 – 56
Mahopac High School, Mahopac, NY 1956 – 1960 High School Diploma
Westchester Community College – 1960-61

**INTERROGATORY NO.4:**

Please state whether you have ever had any formal training involving the use of mechanical

tools which were powered by electricity, fossil fuels, compressed air, hydraulic systems or

steam.

**RESPONSE NO.4:**

None.

**INTERROGATORY NO.5:**

If you answered in the affirmative to Interrogatory No. 4, please state for each:
    (a)    The name of the institution or person offering such training;

    (b)    The type of equipment involved;
    (c)    The number of weeks in such course of instruction;
    (d)    The number of training sessions per week; and
    (e)    The period of time during each class or session that you used or was
            present during the use of such machinery.

2

**RESPONSE NO. 5:**

N/A

**INTERROGATORY NO.6:**

Please state whether you have ever had any informal training, including "on the job" training or training for your personal benefit (such as household, hobby or recreational), involving the use of mechanical tools which were powered by electricity, fossil fuels, compressed air, hydraulic systems or steam.

**RESPONSE NO.6:**

None.

**INTERROGATORY NO.7:**

If you answered in the affirmative to Interrogatory No. 6, please state for each such course of training:

    (a)    The name of the institution or person offering such training;
    (b)    The type of equipment involved;
    (c)    The number of weeks in such course of instruction;
    (d)    The number of training sessions per week; and
    (e)    The period of time during each class or session that you used or was present during the use of such machinery.

**RESPONSE NO.7:**

N/A

**INTERROGATORY NO.8:**

Please state whether you have ever been a member of the armed forces of the United States, of any state, or any other country, or any police force or security agency, whether voluntary or professional.

3

**RESPONSE NO. 8:**

Yes.

**INTERROGATORY NO.9:**

If you answered in the affirmative to Interrogatory No. 8, please state:

    (a)    The branch of the armed services or police or security force in which you served;

    (b)    Your military service number;

    (c)    The date of enlistment, conscription or hire;

    (d)    Each and every permanent or temporary duty station to which you were assigned, giving the location of that duty station;

    (e)    The date upon which such service at each such duty station commenced;

    (f)    The date upon which such service at each such duty station ended;

    (g)    A description of the nature of the duties performed at each such duty station;

    (h)    Each and every armed conflict in which you participated, including each and every engagement in which firearms or other military weapons were discharged;

    (i)    Whether you received any training in the use or operation of firearms or other military weapons, and if so state:

        i.    the type of firearms involved;

        ii.    the number of weeks of such training;

        iii.    the number of training sessions per week; and

        iv.    the period of time per session that you used or were present during the use of firearms;

    (j)    Whether you otherwise had occasion to personally discharge a firearm or any other explosive device during his service in an armed force, police force or security force, giving the approximate number of occasions in which you did so and describing the type of firearm or other explosive device discharged, or was present during times a firearm was discharged, and if so, whether ear protectors were worn at any time;

    (k)    Whether you were required as a part of your duty to use or be present during the use of mechanical tools or equipment which were powered by electricity, fossil fuels, compressed air, hydraulic systems or steam and if you did use such

        i.    the type of equipment involved;

        ii.  the number of weeks you used or were present during the use of such equipment; and

        iii.  the number of hours per week you used or were present during the use of such equipment;

    (1)    Whether you sustained any injury or wound of any kind, either in battle, on station, in training or otherwise and completely describe the nature of the wound or injury and any medical treatment including drugs, if any, used in such treatment; and

    (m)    Your date of discharge and type of discharged received.

**RESPONSE NO.9:**

a.  U.S. Navy
b.  598 57 17

4

c. Jan. 16, 1962
d. Great Lakes, Ill; Norfolk, VA; USS Enterprise; USS Enterprise; USS Shangrila
e. 1/62; 1/63, 3/63; 1/66
f. 1/63; 3/63; 1/66/; 5/66
g. Basic training-electronic school; Radar Technician; Radar Technician
h. None
i. i.) M-1  ii.) 1  iii.) 1  iv.) 4 hrs.
j. No.
k. No.
l. No.
m. 5/13/66 Honorable Discharge


## INTERROGATORY NO. 10:

Please state the name and address of each and every firm or person other than a

railroad which has employed you and as to each please state:

(a)   The date upon which you were hired and the date upon which he ceased such employment;

(b)   The nature of the business conducted by the employer;

(c)   Each and every permanent or temporary duty to which you were assigned, giving the location which such service commenced and the date upon which it ended and give an exact description of the nature of the duties assigned at each such duty station;

(d)   Whether you were required as a part of your duties to use or be present during the use of mechanical tools or equipment which were powered by electricity, fossil fuels, compressed air, hydraulic systems or steam and describe the nature of such equipment and the length of time you were required to undertake duties involving the use of such equipment; and

(e)   Whether you or anyone acting on your behalf made any written or oral complaint to any employer or the agent of any employer with respect to the noise level at your place of work, stating when and to whom such complaint was made, setting forth the substance of such complaints, if any.


## RESPONSE NO. 10:

New York State Electric and Gas
a. 1967-70
b. Utility Co.
c. Laborer/Brewster, NY. Work in man holes, dug holes, drove trucks.
Meter tester, Brewster, NY. Reading and testing electric meters
Lineman, Brewster, NY. Climbing electric poles, repairing electric lines
d. Yes. Augers, jackhammers, a few times.
e. No.

Metropolitan Life Insurance Co.
a. 1970-78
b. Insurance
c. Sales

d. No.
e. No.

## INTERROGATORY NO. 11:

Please state separately the dates during which you were employed by any railroad.

## RESPONSE NO. 11:

6/77 to 10/83 Conrail
10/83 to present Metro-North

## INTERROGATORY NO. 12:

Please state each position held or job performed by you (i.e., brakeman, fireman, switchman,

conductor, engineer, office employee, supervisor, etc.) for each and every railroad employer given

in answer to Interrogatory No. 11.

## RESPONSE NO. 12:

Car cleaner, electrician – Conrail
Electrician – Metro-North

## INTERROGATORY NO. 13:

For each position or job given in answer to Interrogatory No. 12, please state whether you

claim you were exposed to noise during the time you held such position or performed such

job and which contributed to your alleged injuries, and please state:

> (a) The exact source or sources of such noise for each such position or job, identifying each such noise source individually;
>
> (b) The period of time you claim to have been exposed to each such noise source;
>
> (c) The number of weeks per year you claim to have been exposed to each such noise source;
>
> (d) The number of days per week you were exposed to each such noise source;
>
> (e) The number of hours per day you claim to have been exposed to each such noise source; and
>
> (f) Whether such exposure to each such noise source was continuous or intermittent, and, if such exposure was not constant, describe the intermittent exposure in detail as to each such source.

6

**RESPONSE NO. 13:**

Yes
a.  Conrail, car cleaner.  High pressure steam discharge; whistles, horns, bells, air hoses, brake tests

Conrail, electrician.  High pressure steam discharge; high pressure air discharge; whistles; horns; diesel engine noise; fork trucks; hammers; motors; air compressors; bells, air hoses, brake tests, drill press.

Metro-North, electrician.  High pressure steam discharge; high pressure air discharge; whistles; horns; diesel engine noise; fork trucks; hammers; motors; air compressors; bells, air hoses, brake tests, drill press.

b.  my employment with the railroads
c.  approximately 50
d.  approximately 5
e.  approximately 6-8
f.  Continuous at times and intermittent at times.


**INTERROGATORY NO. 14:**

Please state the name and address of all of your family doctors, past and present.


**RESPONSE NO. 14:**

Dr. Legler, Route 6 Mahopac, NY
Dr. Henry Rojas, Stoneleigh Ave., Carmel, NY
Dr. Block (Retired)
Dr. Zipper, Health Shield Med. Group, Poughkeepsie, NY
Dr. Lindhardt, Mid-Hudson Medical Group, Fishkill, NY


**INTERROGATORY NO. 15:**

Please state whether you, at any time, wore or wear any kind of hearing or masking device on o about your ears, and if so please state:

    (a)    When such device was first used;
    (b)    At whose suggestion;
    (c)    Who paid for the device; and
    (d)    How frequently you wear such device.


**RESPONSE NO. 15:**

No.

7

**INTERROGATORY NO. 16:**

Please state when you first learned, believed, became aware of or realized that you had

been injured (sustained a hearing loss), and that the injury was work related and as

to same please also state:

> (a)     How you first learned, believed, became aware of or realized same; and

> (b)     Where you first learned, believed, became aware of or realized same.

**RESPONSE NO. 16:**

a. When tested by Metro-North in May of 2001.
b. Harmon

**INTERROGATORY NO. 17:**

If a health care professional informed you of your injury, please state the health care

professional's name, address and professional title.

**RESPONSE NO. 17:**

Metro-North tester

**INTERROGATORY NO. 18:**

Have you ever had an audiometric test?

**RESPONSE NO. 18:**

Yes.

**INTERROGATORY NO. 19:**

If you answered in the affirmative to Interrogatory No. 18, please state:

> (a)     When you were administered the audiometric test;
> (b)     Where you were the audiometric test; and
> (c)     By whom you were administered the audiometric test.

8

**RESPONSE NO. 19:**

a. 5/01
b. Harmon Shop
c. Noel Rodriguez
a. Approx. 9/02
b. New Haven
c. Dr. Kirchner
I do not recall whether I had any other hearing tests.

**INTERROGATORY NO. 20:**

Do you claim a loss of wages and/or benefits due to your alleged hearing loss?

**RESPONSE NO. 20:**

No.

**INTERROGATORY NO. 21:**

If you answered in the affirmative to Interrogatory No. 20, please list:
(a)    The amounts claimed; and
(b)    A description of the amounts claimed.

**RESPONSE NO. 21:**

N/A

**INTERROGATORY NO. 22:**

Please state whether you complained to anyone concerning noise levels at the defendants,

Consolidated Rail Corporation and/or Penn Central's, railroad operations and, if so:
(a)    Identify by name and title each person to whom such complaint(s) was made;
(b)    When such complaint(s) was made; and
(c)    The substance of each complaint.

**RESPONSE NO. 22:**

No.

9

**INTERROGATORY NO. 23:**

Please state whether you have any hobbies, including but not limited to hunting, fishing, boating, woodworking, metalworking, playing a musical instrument, auto mechanics, use of recreational vehicles, etc. and for each such hobby:

      (a)     Describe each such hobby;

      (b)     The number of years you have engaged in such hobby; and

      (c)     The approximate number of times per year you engage in such hobby.

**RESPONSE NO. 23:**

a. Golfing
b. 35-40 yrs
c. 60
a. Boating
b. 2 yrs
c. 20
a. Fishing
b. 55 yrs
c.10-15

10

FOR THE PLAINTIFF,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000

11

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

*alfred Schumacher*

Alfred Schumacher

Subscribed and sworn to before me this _____4th_____ day of November, 2003.

*Patricia A. Xifo-Homon*

Notary Public

PATRICIA A. XIFO-HOMON
Notary Public, State Of New York
No. 01XI6053231
Qualified In Dutchess County
Commission Expires January 8, 20 07

12

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this

_5___ day of November, 2003, to Lori A. McCarthy, Esq., Flynn & Associates, P.C. 189

State Street, 6th Floor, Boston, Massachusetts 02109; and to Robert O. Hickey, Esq., Ryan,

Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut

06905.

Scott E. Perry

13

Scofield, James    8/12/45

8/9/02   Long term high freq AS > AD
Periodic hearing tests at work
Railroad worker - past hx compressor work
~ 27 yrs - present

Grad ↓ hearing - esp group, bkgrnd noise
Long tym tinnitus -
- involved in class action suit → noise related
          hearing loss
   Last audio ~ 2 yrs ago
- on medication for arthritis -
   Audio - wnl thru 2kHz w/mod-mod-high
   freq notch AS > AD  Tymp - A-AV nrml/nrl
                              no decay

10/15/02   Needs written report of hearing
           while he works around loud
           noises - Has class action suit
           against Metro North R.R.

DEFENDANT'S
EXHIBIT NO. ___
FOR IDENTIFICATION
DATE ___ RPTR ___

Established Patient Visit

Consultation referred by _____

Patient Name: _Cosgild, James_     Account No. _____     DOB: _8-12-45_

| Date: _10-15-02_ | PMH/SH/FH | no change since last visit date: _4-16-02_ |
| --- | --- | --- |
| Except: ____ | | |

New Allergies: _____     Existing allergies: _____

Current Medications: _____

ROS

Except: _____     no change since last visit date: _4-16-02_

PRESENT ILLNESS

(1) location  (2) quality  (3) severity  (4) duration  (5) timing  (6) context  (7) modifying factors  (8) assoc. signs & symptoms

*one to three elements (level 2&3)     four to eight elements (level 4&5)*

Nurse Hx: Here for f/u re hearing loss. Difficulty hearing & background noise. (R) better than (L) — high pitch, intermittent — can't hear left, pitched, alarm clock. loud or quiet

Clinician Hx:

PHYSICAL EXAMINATION:     Ear Nose & Throat

GENERAL    (at least 3 measurements of vital signs)

HT___ft___in          WT_____lbs

BP sitting-standing ___/___mm Hg          BP supine ___/___mm Hg

PULSE ___/min  regular - irregular          RESP ___/min          TEMP ___ o (F-C)

| | | | Normal/AB | | | | | Normal/AB |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GENERAL APPEARANCE | Stature, nutrition | ☑ ☐ | NECK | MASSES & TRACHEA | Symmetry, masses | ☑ ☐ | |
| | COMMUNICATION & VOICE | Pitch, clarity | ☑ ☐ | | THYROID | Size, nodules | ☑ ☐ | |
| HEAD/ | INSPECTION | Lesions, masses | ☑ ☐ | EYES | OCULAR MOTILITY & GAZE | PERRL, nystagmus | ☑ ☐ | |
| FACE | PALPATION / PERCUSSION | Skeleton, sinuses | ☑ ☐ | RESP | RESPIRATORY EFFORT | Inspiratory-expiratory | ☑ ☐ | |
| | SALIVARY GLANDS | Masses, tenderness | ☑ ☐ | | AUSCULTATION | Clear | ☐ ☐ | |
| | FACIAL STRENGTH | Symmetry | ☑ ☐ | CVS | HEART AUSCULTATION | RRR no SRM | ☐ ☐ | |
| ENT | PNEUMO-OTOSCOPY | EACs; TMs mobile | ☑ ☐ | | PERIPH VASC SYSTEM | Edema, color | ☑ ☐ | |
| | HEARING ASSESSMENT | Gross; Weber/Rinne | ☑ ☐ | LYMPH | NECK/AXILLAE/GROIN/ETC | Adenopathy | ☑ ☐ | |
| | EXTERNAL EAR & NOSE | Appearance | ☑ ☐ | NEUROL | CRANIAL NERVES | II - XII | ☐ ☐ | |
| | INTERNAL NOSE | Mucosa, turbinates | ☐ ☐ | PSYCH | ORIENTATION | Person, place, time | ☐ ☑ | |
| | AFTER DECONGESTANT | Septum, OMCs | ☐ ☐ | | MOOD & AFFECT | Comments | ☐ ☐ | |
| | LIPS,TEETH & GUMS | Mucosa, dentition | ☐ ☐ | | ROMBERG | | ☐ ☐ | |
| | ORAL CAVITY, OROPHARYNX | Mucosa, tonsils, palate | ☐ ☐ | | TANDEM ROMBERG | | ☐ ☐ | |
| | HYPOPHARYNX | Mucosa, pyriforms | ☐ ☐ | | MARCH IN PLACE | | ☐ ☐ | |
| | LARYNX (mirror: adults) | Anatomy, vc mobility | ☐ ☐ | | | | | |
| | NASOPHARYNX (mirror: adults) | Mucosa, choanae | ☐ ☐ | | | | | |

*1. problem focused ≤ 1-5 elements (level 2)     2. expanded ≤ 6-11 elements (level 3)     3. detailed ≤ 12 or more elements (level 4)     4. comprehensive ≤ document every element in basic areas AND at least 1 element in each optional area (level 5)*

Copyright (c) 2000 ATSS Limited Liability Company. All Rights Reserved     page 1     web site: www.atssmed.com

Patient Name: _Schecd   James_                    Account No. _____    DOB: _8-12-45_

**MEDICAL DECISION MAKING**

Data Reviewed:                    1. Straightforward (level 2)  2. Low (level 3)  3. Moderate (level 4)  4. High (level 5)

| | |
|---|---|
| Xrays | |
| Audio | |
| Lab/blood work | |

Impressions / Differential Diagnoses:                    Plans / Management Options / Data Ordered:

noise-induced HL
+ tinnitus.
allergy

Annual audio eval
Reavy problem
cont / OT

Information Sheets Given:

| | Ear Care | Hearing | Balance | Vestib Exercises | Throat eval | Gerd F/U | Voice |
|---|---|---|---|---|---|---|---|
| | Nose&Sinus | Nose Care | URI info | Childhood Airway Obstrct | | GERD | APNEA |

**COMPLEXITY OF DATA REVIEWED OR ORDERED**

**RISK OF COMPLICATIONS &/OR MORBIDITY OR MORTALITY (see examples in Table of Risk)**

| | 1. min | 2. low | 3. mod | 4. high |
|---|---|---|---|---|
| risk of presenting problem(s). | 1. min | 2. low | 3. mod | 4. high |
| risk of diagnostic procedure(s) ordered or reviewed. | 1. min | 2. low | 3. mod | 4. high |
| risk of management option(s) selected. | 1. min | 2. low | 3. mod | 4. high |

**NATURE OF PRESENTING PROBLEM(S)**

0. minimal (level 1)    May or may not require the presence of the physician. The service is under the physician's supervision.

1. minor (level 2)    Problem runs definite and prescribed course, is transient in nature, and is not likely to permanently alter health status. OR has a good prognosis with management and compliance.

2. low (level 3)    Problem where the risk of morbidity without treatment is low. There is little to no risk of mortality without treatment. Full recovery without functional impairment is expected.

3. moderate (level 3,4,5)    Problem where the risk of morbidity without treatment is moderate. There is moderate risk of mortality without treatment. Prognosis is uncertain, or there is an increased probability of prolonged functional impairment.

4. high (level 4,5)    Problem where the risk of morbidity without treatment is high to extreme. There is moderate to high risk of mortality without treatment, or high probability of severe prolonged functional impairment.

Complete this section only if documented below - 50% of visit time involved counseling and/or coordinating care.

TIME: _____ minutes    ☐ ≥ 50% of visit time involved counseling and/or coordination of care

Clinician's signature: _____

NAME _James Saffield_   DATE _8/7/0_

EXAMINER _____   AGE _____   # _____

**ENT and Allergy Associates, LLC**
**AUDIOLOGY & HEARING CENTER**
160 Hawley Lane
Trumbull, Connecticut 06611
380-3707

## AUDIOGRAM



FREQUENCY IN HZ

HEARING THRESHOLD LEVEL IN dB HL (ANSI 1989)

## SYMBOLS

| TEST | RIGHT EAR (RED) | LEFT EAR (BLUE) |
|---|---|---|
| Air Cond. | O——O | X——X |
| Air Cond. Masked | △——△ | □——□ |
| No Response | ⦶ | ⦻ |
| Bone Cond. | < | > |
| Bone Cond. Masked | ⊏ | ⊐ |

## HEARING EVALUATION

| | | |
|---|---|---|
| PTA | | |
| SRT | 5 | 10 |
| Speech Discrimination | 100 | 100 |
| | 100 | 100 |
| MCL | | |
| UCL | | |

|  | RIGHT | LEFT |
|---|---|---|
| Max. Comp. | | |
| Base Comp. | | |
| ME Comp. | | |

## TYMPANOGRAM



AIR PRESSURE

ABSOLUTE COMPLIANCE

## ACOUSTIC REFLEX TEST



| FREQUENCY Hz |
|---|
| 250 |
| 500 |
| 1000 |
| 2000 |
| 3000 |
| 4000 |
| LOW PASS |
| HIGH PASS |
| W.B. |

Impression:

_____

_____

_____

_____

_____

_____

NAME _James Scofield_  DATE _8/9/0_

EXAMINER _____ US _____ AGE _____ # _____

**ENT and Allergy Associates, LLC**
**AUDIOLOGY & HEARING CENTER**
160 Hawley Lane
Trumbull, Connecticut 06611
380-3707

## AUDIOGRAM



## SYMBOLS

| TEST | RIGHT EAR (RED) | LEFT EAR (BLUE) |
|------|------|------|
| Air Cond. | O—O | ×—× |
| Air Cond. Masked | △—△ | □—□ |
| No Response | ♀ | ⤬ |
| Bone Cond. | < | > |
| Bone Cond. Masked | ⊏ | ⊐ |

## HEARING EVALUATION

| | RIGHT | LEFT |
|------|------|------|
| PTA | | |
| SRT | 5 | 10 |
| Speech Discrimination | 100 %HTL | 100 %HTL |
| | 100 %HTL | 96 %HTL |
| MCL | | |
| UCL | | |

| | RIGHT | LEFT |
|------|------|------|
| Max. Comp. | | |
| ~ Base Comp. | | |
| = ME Comp. | | |

## TYMPANOGRAM



## ACOUSTIC REFLEX TEST



| FREQUENCY Hz |
|------|
| 250 |
| 500 |
| 1000 |
| 2000 |
| 3000 |
| 4000 |
| LOW PASS |
| HIGH PASS |
| W.B. |

Impression: _____

_____
_____
_____
_____
_____
_____
_____