Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System/Gang | Date Inspected | Monthly ☐ |
|---|---|---|---|---|---|
| 60-1005 | New Haven | | | 5/22/02 | Annual ☐ |

Last inspection date  4/4/01

Present general condition: ☐ Good ☐ Fair ☐ O/S

|     | OK |     |     | OK |     |
|-----|-----|-----|-----|-----|-----|
| YES | NO  |     | YES | NO  |     |
| X   |     | Boom | | X | Steps and Railing |
|     | N/A | Boom Stops | | X | Draw Bars-Couplers |
|     | | Boom Angle Indicator | | | Swing Stops/Locking Pins |
|     | | Boom Rivets & Bolts | | | Operating Controls |
|     | | Boom Heel Pins | | X | Windows |
|     | | Sheaves | | | Windshield Wipers |
|     | | Sheave Pins | | X | Washing Devices |
|     | | Cable Drums | | X | Lights |
|     | | Cable-Boom-Holding Line | | | Guards |
|     | | Closing, Pendants | | | Engine |
|     | X | Cable Clamps | | X | Clutch-PTO |
|     | | Hoisting Blocks/Hooks | | X | Gauges-Temperature-Oil-Ampere |
|     | N/A | Winch | | | Hydraulic System-Valves, Pump, Motor |
|     | N/A | Winch/Cable | | | Main Control Generator |
|     | N/A | Lifting Chains | | | Magnet Generator |
|     | | Tongs-Rail-Frog | | | Magnet |
|     | X | Brakes | | | Tagline-Cable-Electrical |
|     | | Brakes-Air-Lines-Reservoir | | | Battery |
|     | N/A | Brakes-Hydraulic | | | Air Compressor |
|     | | Brakes-Emergency | | | Safety Appliances |
|     | N/A | Brakes-2 Wheel | | | Fire Extinguishers |
|     | N/A | Brakes-4 Wheel | | X | General Condition-Paint, etc. |
|     | | Brakes-Shoes | | X | Lifting Capacity Chart |
|     | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
|     | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
|     | | Axles | | | When was Cable Replaced: |
|     | | Tram-Axle & Wheel | | | Boom |
|     | | Springs | | | Holding |
|     | N/A | Tires | | | Closing |
|     | N/A | Steering | | | Strands of Cable Broken |
|     | | U-Joints, Drive Gears | | | Ground Cables and Ground Clamps |
|     | | Drive Chains | | | Electrical Wire Warning Sign |
|     | | Sprockets | | | |
|     | | Drive Shafts | | | |
|     | | Gear Boxes, Swing, Travel | | | |
|     | X | Transmission | | | |
|     | | Bearings | | | |
|     | N/A | Hook Roller | | | |
|     | N/A | Outriggers | | | |

Remarks:

Operator's Signature

(Date)                    (Employee No.)

I certify to the correctness of this report

(Signed)                    (Date Posted)

Employee Number  111

(Title)

1) Extremely Noisey in operators CaB.

2) Needs Flood Light

3) Sending unit For propellor shaft not Working (disconnected)

4) Brakes on Crane not releasing all The Time

5) Oil Leaking from engine and Transmission

6) Fuel gauge not working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

7. E. Babut

712478

ATT:

MARK ELLIS



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0743
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             07/01 06:57
USAGE T              00'25
PGS.                    1
RESULT               OK
```

CB 005                    9/23/00

1) Extremely Noisey while Traveling, CannoT hear radio. Unsafe SiTuaTion.

2) 4 benT boom STruTS.

3) No emergency ShuTdown Switch.

4) Oil Leaking on deck.

5) Boom LighT missing.

6) Gear oil Leaking ouT of Transfer Case.

7) When pulling Car, Train Line air brakes acTivaTe by Them Selves.

4TT:

Oaul Signorelli                F.E. Bukutus

                              712478

10/23/00 MON 08:01 FAX 203 756 8223    NH PROJECTS    Case 3:03-cv-00187-WWE   Document 26-8   Filed 12/17/2003   Page 5 of 19 🖂001



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4170
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             10/23 08:01
USAGE T              00'13
PGS.                     1
RESULT               OK
```

CB 4004          9/6/00

1) Oil Leaking from Engine
   and Travel Gears + shafts.

2) Engine overheats and Leaks antifreeze
   under Load.

3) Engine burns oil

4) Engine grinds ● in every gear,
   very difficult to shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode.
   getting worse

7) Flat spots in wheels.

8) Boom Light + running Lights
   not working

9) needs Air Filter, oil change
   and oil filters

ATT:
PAUL Signorelli                F. E. Baxter
                                712478



```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO            4054
CONNECTION TEL                    8579
CONNECTION ID      NWP SHOP
ST. TIME           09/06 08:40
USAGE T            00'12
PGS.                   1
RESULT             OK
```

CB 4004          7/25/00

1) Oil Leaking from everywhere;

2) Engine overheats + Leaks antifreeze
under a Load.

3) Transmission Grinds in every Gear,
very difficult To shift.

4) Travel bands Stick, won't release.

5) Very Noisey, and getting worse,
especially in work Mode.


F. E. Bohuta
712478



```
*************************
***   TX REPORT   ***
*************************


TRANSMISSION OK

TX/RX NO              3978
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             07/25 08:30
USAGE T              00'19
PGS.                 1
RESULT               OK
```

6,5/00

CB 4005

1) No Boom Stops.

2) No Belt Guards on Engine pulleys,

3) Fuel Gage does not work.

4) Air Leak in brake Line System.

5) Heater core Leaking.

6) Extremely Noisey in operators Cab when. Traveling, cannot hear radio, hurts Ears!

7) Foot steps on Chasiss To narrow, needs Foot Grating extended, Dangerous.

8) Travel bands shipping.

9) Boom Struts Bent.

7.E. Bahuta
713478

ATT:

Paul Signorelli

CB 4005                                    5/3/00

1) NO BOOM STOPS
2) No Belt Guards on Front of engine
3) Fuel Gage does not work
4) Air Leak in Load Line Control
5) Heater Core Leaking
6) Cannot hear radio inside operators Cab,
   need external speaker.
7) Cab leaks in several places when it rains.
8) Foot steps on chasiss Too narrow, Dangerous
9) Boom struts bent
10) Extremely noisey inside operators Cab.
11) Needs air horn facing To The rear.
12) Travel bands slipping
13) Needs 24 volt bulbs for indicator light
    for propeller shaft.

ATT:                          F. E. Bahuth
Paul Signorelli                  712478

09/05/2003 FRI 11:45 FAX                                                    031/040
05/03/00  WED 07:51 FAX 203 786 8223        NH PROJECTS                     001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3717
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             05/03 07:51
USAGE T              00'18
PGS.                 1
RESULT               OK
```

09/05/2003 FRI 11:45 FAX                                                                                                                                                                                                       ☑032/040

CB 4005                    4/20/00

1) NO BOOM STOPS

2) NO BeLT guards on FronT of Engine

3) FueL gauge does noT Work

4) AiR Leak in Train Brake

5) HeaTeR Core Leaking AnTi Freeze

6) CannoT hear radio inside operaTors
   Cab , needs exTernaL Speaker.

7) Cab LeaKS in Several places when
   iT rains.

8) FooT STeps on Chasiss To Narrow, Hazzardous!

9) Boom STruTs BenT

10) ExTremeLy noisey inSide operaTors Cab.

11) Need Air Horn Facing To The rear.

∮Ⅱ:

PAuL Signourelli

F.E. Bahuta
712478

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3682 |
| CONNECTION TEL | 78579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 04/20 07:48 |
| USAGE T | 00'24 |
| PGS. | 1 |
| RESULT | OK |

09/05/2003 FRI 11:45 FAX    @034/040

C B 4004                11/15/99

1) Oil Leaking onTo Deck

2) Coupler defected, won'T Release

3) Needs sound proofing, Noise unbearable !

4) Travel Bands sticking, won'T release.

5) Transmission Synchros shoT, very hard To get inTo Gear

6) Rear marker Lights needs bulbs, NoT Working.

7) Hand brake benT, CasT broken.

8) FronT Sheave bushings worn

9) Air Dryer needs filamenT, A loT of Water building up in Air Tank.

10) Oil Leaking from Transfer Case

11) Engine burning oil.

12) FooT Grating needs To be welded, Tripping hazard.

ATT:                    F.E. Bahutas
PAUL Signorelli            712478

```
                    ************************
                    ***   TX REPORT   ***
                    ************************

      TRANSMISSION OK

      TX/RX NO              3321
      CONNECTION TEL                        78579
      CONNECTION ID        NWP SHOP
      ST. TIME             11/15 08:58
      USAGE T              00'30
      PGS.                    1
      RESULT               OK
```

# Burro Crane   CB 4004    9/29/99

1) Oil leaking on deck

2) 2 steps bent (dangerous situation)

3) Coupler defeated (won't release)

4) Needs sound proofing material (noise unbearable)

5) Bottom brake inspection cover missing

6) Flood light on boom not working

7) Travel bands still dragging in reverse and won't release (very dangerous)

8) Transmission grinds in every gear (synchos worn)

9) rear marker lights not working

10) Hand brake bent

11) Front sheave bushings worn

12) Cannot travel in high range

13) External radio speaker not working

ATT:
Paul Signorelli

F.E. Bahutas
712478

Arthur Lawhorn
9/29/99

```
                    ************************
                    ***   TX REPORT   ***
                    ************************


TRANSMISSION OK

TX/RX NO                    3212
CONNECTION TEL                        78579
CONNECTION ID               METRO NORTH WORK
ST. TIME                    09/29 07:49
USAGE T                     00'36
PGS.                        1
RESULT                      OK
```

9/14/99

# Burro Crane CB 4004

1) Oil Leaking on deck
2) 2 steps damaged (dangerous)
3) Coupler defected (won't release)
4) Needs sound proofing material (noise unbearable)
5) Bottom Brake inspection cover missing.
6) Flood Light on boom missing.
7) Travel Bands dragging and won't release when going in reverse.
8) Transmission grinds in every gear, synchros worn.
9) Rear marker Lights not working.
10) Hand Brake bent.
11) Front Sheave bushings worn.
12) Cannot Travel in High range. Bushings on vertical shaft worn.

F.E. Bakutis
Empl. # 712478