UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------X

| | |
|---|---|
| JERRY D. PATTERSON, SR., | CIVIL ACTION |
| Plaintiff | NO. 3:03CV00187 (GLG) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION, | |
| Defendants | JULY ___, 2004 |

------------------------------------------------X

## STIPULATION FOR PARTIAL DISMISSAL

It is hereby stipulated and agreed that the plaintiff's claim for damages against <u>only</u> defendant CONSOLIDATED RAIL CORPORATION is discontinued on the merits, with prejudice, and without costs to any parties.

| PLAINTIFF, JERRY D. PATTERSON, SR. | DEFENDANT, CONSOLIDATED RAIL CORPORATION |
|---|---|
| By_____<br>Scott E. Perry (ct17236)<br>CAHILL, GOETSCH & MAURER, P.C.<br>43 Trumbull Street<br>New Haven, Connecticut 06511<br>(203) 777-1000 | By_____<br>Lori A. Wirkus (ct19557)<br>FLYNN & ASSOCIATES, P.C.<br>400 Crown Colony, Suite 200<br>Quincy, Massachusetts 02169<br>(617) 773-5500 |