==============================================================================

## UNITED STATES DISTRICT COURT

————————————————District of Connecticut—————————————————

JERRY D. PATTERSON, SR.,

       Plaintiff,

v.                                                  Civil Action No: 3:03 CV 00187 (GLG)

METRO-NORTH RAILROAD COMPANY, ET AL,

       Defendants.                              November 15, 2004


## STIPULATION FOR DISMISSAL

      It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and

without costs to any parties.

| | |
|---|---|
| THE PLAINTIFF | THE DEFENDANT, |
| JERRY D. PATTERSON, SR. | METRO-NORTH RAILROAD COMPANY |

By:_____            By:_____
Scott E. Perry, Esq., (CT 17236)         Anthony D. Sutton, Esq., (CT 20607)
Cahill & Goetsch, P.C.                   Ryan, Ryan, Johnson & Deluca, LLP
43 Trumbull Street                       80 Fourth Street, P.O. Box 3057
New Haven, CT 06511                      Stamford, CT   06905
Phone No. 203-777-111                    Phone No. 203-357-9200


FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED
BY MAGISTRATE JUDGE MARGOLIS

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2004, a copy of the above was mailed to the

following counsel and pro se parties of record:

Scott E. Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

_____
Anthony D. Sutton, Esq.